UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FREDDIE DAVIS
        Plaintiff(s)                                 Case Number: 5:09-CT-3038-FL
  v.
WARDEN BEELER; FEDERAL BUREAU OF
PRISONS; FACILITIES MANAGER MS. BELL;
HVAC SUPERVISOR MR. THOMPSON; HVAC
SUPERVISOR MRS. VASHEAR; STEAM FITTER         **Judgment in a Civil Case**
MR. TART; STEAM FITTER MR. GRIFFEN
        Defendant(s)

FREDDIE DAVIS
        Plaintiff(s)                                 Case Number: 5:09-CT-3062-FL
  v.
FEDERAL BUREAU OF PRISONS; ARDEN
BEELER; FACILITIES MANAGER MS. BELL;
HVAC SUPERVISOR MR. THOMPSON; HVAC
SUPERVISOR MRS. VASHEAR; STEAM         **Judgment in a Civil Case**
FITTER MR. TART; STEAM FITTER MR.
GRIFFEN; UNITED STATES OF AMERICA
        Defendant(s)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the filing of the suggestion of death by the United States Attorney.

**IT IS ORDERED AND ADJUDGED** that this consolidated action is hereby dismissed.

This Judgment Filed and Entered on September 20, 2010, with service on:
Freddie Davis 11211-007, Federal Medical Center, P.O. Box 1600, Butner, NC 27509 (via U.S. Mail)
William E. H. Creech (via CM/ECF Notice of Electronic Filing)

September 20, 2010                                  /s/ Dennis P. Iavarone
                                                                        Clerk

Raleigh, North Carolina